UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STERLING JAY SHAW, | CASE NO. 2:22-cv-00598-TL |
| Plaintiff(s), | |
| v. | ORDER OF DISMISSAL |
| CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, | |
| Defendant(s). | |

This is an employment contract dispute brought by a former employee against his former employer. *See* Dkt. No. 6 at 1. This matter comes before the Court on its own motion.

Plaintiff proceeds without legal representation. On March 28, 2023, the Court granted Defendants' motion to dismiss the operative complaint for lack of subject matter jurisdiction but granted Plaintiff leave to file a Second Amended Complaint by April 11. Dkt. No. 35 at 6. The Court warned Plaintiff that "[f]ailure to file a timely and viable complaint will result in Plaintiff's case being dismissed in its entirety." *Id.* Plaintiff's deadline to amend has long since passed.

Accordingly, the Court DISMISSES this action without prejudice. The Clerk is DIRECTED to close this case.

Dated this 11th day of May 2023.

Tana Lin
United States District Judge